United States Bankruptcy Court
Southern District of Texas
**ENTERED**
December 05, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATED BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 23-32106 |
| 2518 CLEBURNE HOUSING LLC, | § | |
| | § | |
| Debtor. | § | |
| | § | |
| | § | CHAPTER 11 |

## ORDER
## POST CONFIRMATION

2518 Cleburne Housing, LLC ("*Debtor*")'s Plan having been confirmed pursuant to 11 U.S.C. § 1191(a) on December 5, 2023, it is hereby:

**ORDERED** that:

1. No later than fourteen (14) days from the effective date of the confirmed plan:

   a. all professionals, including the Subchapter V Trustee, must file all final fee applications, pursuant to Fed. R. Bankr. P. 2016; and
   b. Debtor must file a motion for final decree, pursuant to Fed. R. Bankr. P. 3022 and 11 U.S.C. § 1106(a)(7).

2. Pursuant to 11 U.S.C. § 1183(c)(2), not later than 14 days after Debtor's plan is substantially consummated, Debtor must file with the court and serve on Thomas A. Howley (the "*Subchapter V Trustee*"), the United States Trustee, and all parties in interest notice of such substantial consummation and file such notice with the Clerk of Court.

3. Upon substantial consummation of the Plan, the duties of the Subchapter V Trustee in the Debtor's bankruptcy case shall terminate as provided under 11 U.S.C. § 1183(c)(1). Nevertheless, the Subchapter V Trustee is not discharged pursuant 11 U.S.C. § 350(a) until such time as the Court enters its final decree and closes the case.

4. The Subchapter V Trustee must on or before February 5, 2024, file with the Clerk of Court a Report of No Distribution (NDR) or Final Report (TFR).

5. Debtor must request a hearing date on all final motions including the motion for final decree.

SIGNED December 5, 2023

                                                       Eduardo V. Rodriguez
                                      Chief United States Bankruptcy Judge