## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Subchapter V |
| 2518 Cleburne Housing LLC | § | |
| | § | Case No. 23-32106 |
| Debtor. | § | **Eduardo V. Rodriguez** |

## FIRST AND FINAL APPLICATION FOR APPROVAL OF COMPENSATION OF
## <u>TRAN SINGH LLP</u>

**THIS APPLICATION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THIS APPLICATION, YOU SHOULD IMMEDIATELY CONTACT THE APPLICANT TO RESOLVE THE DISPUTE. IF YOU AND THE APPLICANT CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE APPLICANT. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN TWENTY-ONE (21) DAYS FROM THE DATE THAT THIS APPLICANT WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE APPLICATION SHOULD NOT BE GRANTED; IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE APPLICATION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE APPLICATION AT THE HEARING.**

**To the Honorable Eduardo V. Rodriguez:**

Tran Singh LLP ("<u>Applicant</u>") submits this First and Final Application for Approval of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Bankruptcy Counsel for 2518 Cleburne Housing LLC (herein after the "<u>Debtor</u>"), Debtor-in-Possession for the time period of June 6, 2023 to July 11, 2024 (the "<u>Fee Application</u>") and would shows as follows:

1.      The Debtor filed a voluntary petition for relief on June 5, 2023 (the "<u>Petition Date</u>") under Chapter 11 of Title 11, United States Code 11 U.S.C. § 101 *et seq.* (the "<u>Bankruptcy Code</u>") with a Subchapter V designation. The Debtor's case is pending before the United States Bankruptcy Court for the Southern District of Texas, Houston Division

2.      On June 7, 2023, Thomas A Howley was appointed as Subchapter V Trustee.

1

3.      Employment of Applicant was authorized by this Court on July 20, 2023. As part of the retention agreement between the Debtor and Applicant, the Debtor has agreed to compensate Applicant in accordance with its normal billing practice and subject to the provisions of 11 U.S.C. § 327(a) and approval of this Court. The Debtor has also agreed to pay for reasonable and necessary expenses incurred in rendering legal services, including but not limited to, postage, photocopying, long distance charges, depositions, and filing fees. Pursuant to the Bankruptcy Code, the fees of Applicant, together with its necessary disbursement and expenses, constitute administrative expenses of the Debtor's estate in such amounts as may be allowed by the Court. Applicant received a pre-petition retainer in the amount of $15,000.00.

4.      Applicant was employed by and continues to act as bankruptcy counsel for the Reorganized Debtor. This First and Final Fee Application is for the fees and expenses of Applicant in its representation of Debtor for the time period of the Chapter 11 case from the Petition Date through July 11, 2024.

5.      By this Fee Application and pursuant to 11 U.S.C. § 330(a) and 331 and Bankruptcy Rule 2016, Applicant seeks approval of its fees and expenses from June 6, 2023 through July 11, 2024, and requests approval of its professional and paraprofessional fees of $32,249.00 and reimbursement of necessary expenses in the amount of $85.68.

## CASE STATUS, BACKGROUND OF DEBTOR AND DESCRIPTION OF SERVICES, AND ISSUES IN CASE AND RESULTS ACHIEVED

6.      On June 5, 2023, the Debtor filed their Chapter 11 bankruptcy case.

7.      The Debtor's Subchapter 11 Plan [Docket No. 21] was confirmed on December 5, 2023.

## TIME AND LABOR REQUIRED

8.      Applicant has set forth the actual time expended by Applicant in its capacity as

2

general bankruptcy counsel. Applicant's detailed time records regarding representation of the Debtor's as general bankruptcy counsel are attached as **Exhibit 1**. Applicant's professionals and paraprofessionals expended a total of 81.2 hours this case for total professional and paraprofessional fees in the amount of $32,249.00 with regards to its representation of the Debtor as general bankruptcy counsel.

## NOVELTY AND DIFFICULTY OF ISSUES PRESENTED

9.      The case did not pose any complex or novel bankruptcy issues.

## SKILLS REQUISITE TO PROPERLY PERFORM THE LEGAL SERVICES

10.      An understanding of the bankruptcy laws and issues was important to the proper representation of the Debtor. This case presented issues that required a working knowledge of the Bankruptcy code and case law and required an attorney with working knowledge and skill in Chapter 11 cases.

11.      Applicant required significant skills and expertise in Chapter 11 cases. Applicant believes that the case required significant knowledge of business bankruptcy and understanding of finance.

## PRECLUSION FROM OTHER EMPLOYMENT

12.      Involvement in this particular chapter 11 case required considerable time and precluded Applicant from representation of other Debtors in Subchapter V cases.

## CUSTOMARY FEE

13.      All charges for services rendered and for reimbursement of cost incurred are the rates in the amounts Applicant customarily billed to, and collected from, Applicant's other clients for similar services. Applicant's time records indicate (i) all professionals who rendered services for the Debtor, (ii) the time expended by each person for each day, (iii) the respective billing rates

of these persons, and (iv) the total requested amounts for services rendered to the Debtor is attached as **Exhibit 1.** Applicant's attorneys recorded the services they performed on daily time sheets in six-minute increments, or in tenths of an hour. These time entries were made substantially contemporaneously with the performance of the services described in the time records and were kept in the regular course of the Applicant's business. Applicant believes that the amount requested as compensation for services rendered and for reimbursement of expenses incurred are reasonable, necessary and should be approved.

## WHETHER THE FEE IS FIXED OR CONTINGENT

14.     Applicant has calculated its fee on the basis an hourly rate for the services performed.

15.     While Applicant received one prepetition retainer in the amount of $15,000.00 Applicant had no assurances of further payment to be received as an administrative claim of the estate.

## LIMITATION IMPOSED BY THE CLIENT OR OTHER CIRCUMSTANCES

16.     Applicant attempted to work to meet deadlines imposed by the Court and the Bankruptcy Code. The need to complete matters and obtain approvals on a timely basis for certain matters required Applicant to have limited opportunities for other matters.

## AMOUNTS INVOLVED AND RESULTS OBTAINED

17.     Applicant provided a benefit to the Debtor's estate as the bankruptcy process allowed creditors to determine the total liabilities of the Debtor and obtaining confirmation of a consensual plan.

## UNDESIRABILITY OF THE CASE

18.     This case was not undesirable, however, each case poses a likelihood of potential conversion to Chapter 7, leaving Applicant as an administrative expense secondary to Chapter 7 administrative expenses.

## NATURE AND LENGTH OF PROFESSIONAL RELATIONSHIP WITH THE DEBTOR

19.     Applicant was retained by the Debtor on June 6, 2023 and did not represent the Debtor previously.

## AWARDS OF SIMILAR CASES

20.     The fees requested by Applicant are comparable to the fees requested in other similar proceedings for similar services. Applicant requests that this Court take notice of awards in comparable cases for comparable services.

## FEES AND EXPENSES REQUESTED

The fees and expenses requested in this application are as follows:

| | |
|---|---|
| Total Professional and Paraprofessional Fees | $32,249.00 |
| Total Expenses | $85.68 |
| Total Amount | $32,334.68 |

The expenses of Applicant are set forth in **Exhibit 1.** Applicant believes that the total expenses are reasonable, necessary, and appropriately reimbursable.

## CONCLUSION

21.     Applicant believes that the services rendered by it as described have been beneficial to the Debtor's estate as Debtor's Plan was confirmed. Applicant further believes and represents that the Total Fees and Expenses sought in connection with the services provided are reasonable based upon the nature, extent and value of the services, the time spent on the services, and the cost

of comparable services rendered other than in a case under Title 11 of the United States Code.

**WHEREFORE**, Applicant respectfully requests that this Court enter an Order approving Applicant's request for an allowance of Total Professional and Paraprofessional Fees of $32,249.00 and allowance of Total Expenses of $85.68 for the period of June 6, 2023 through July 11, 2024.

Dated: July 11, 2024

Respectfully submitted,

**TRAN SINGH LLP**

By:  */s/Brendon Singh*
    Susan Tran Adams | TBN: 24075648
    Brendon Singh | TBN: 24075646
    2502 La Branch Street
    Houston TX 77004
    Ph: (832) 975-7300
    Fax: (832) 975-7301
    STran@ts-llp.com

    *Counsel for Debtor and Debtor in Possesion*

## **CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that this Application, its exhibits, and accompanying proposed order was served on July 11, 2024 to the creditors listed on the attached creditor mailing matrix via ECF/CM or U.S. Mail.

_/s/Brendon Singh_
Brendon Singh

**EXHIBIT 1**

**Tran Singh LLP**
2502 La Branch Street
Houston, Texas 77004
United States
832-975-7300

Tran Singh LLP

**Robert Wiseman**

| | |
|---|---|
| **Balance** | $32,334.68 |
| **Invoice #** | 7252344 |
| **Invoice Date** | July 11, 2024 |
| **Payment Terms** | |
| **Due Date** | |

**2518 Cleburne Housing LLC 23-32106-H3-11 (Sub V)**

**Securely pay online**
https://corral-tran-singh-llp.mycase.com/x7qamcvt



## Time Entries

| Date | EE | Activity | Description | Rate | Hours | Line Total |
|------|----|----------|-------------|------|-------|------------|
| 06/06/2023 | WG | Text Message | Sent a text message regarding additional documents needed for the draft of the motion to sell. | $95.00 | 0.1 | $9.50 |
| 06/07/2023 | BDS | Correspondence | with debtor rep about the realtor. | $500.00 | 0.1 | $50.00 |
| 06/12/2023 | WG | Draft proposed schedules, statements, and plan | Finalized Schedules. | $95.00 | 1.3 | $123.50 |
| 06/12/2023 | BDS | Correspondence | with Tom Howley the Subchapter V trustee about Court ordered payment. | $500.00 | 0.1 | $50.00 |
| 06/13/2023 | ST | Correspondence | Correspondence with Tom Howley regarding case. | $500.00 | 0.1 | $50.00 |
| 06/13/2023 | ST | Correspondence | Correspondence with Yasmine Rivera regarding IDI | $500.00 | 0.1 | $50.00 |
| 06/13/2023 | ST | Correspondence | Correspondence with Yasmine Riveria regarding IDI | $500.00 | 0.1 | $50.00 |
| 06/14/2023 | WG | Text Message | Followed up and sent a text message asking for information regarding the Real Estate agent. | $95.00 | 0.1 | $9.50 |
| 06/14/2023 | BDS | Correspondence | with debtor rep about the listing agreement. | $500.00 | 0.1 | $50.00 |
| 06/14/2023 | BDS | Reviewed | The listing agreement to purchase the property. | $500.00 | 0.8 | $400.00 |
| 06/16/2023 | WG | Email | Sent correspondence back and forth with the Debtor's rep. regarding additional questions for the schedules. | $95.00 | 0.4 | $38.00 |
| 06/16/2023 | WG | Text Message | Sent a text message following up on reviewing the draft of the schedules. | $95.00 | 0.1 | $9.50 |
| 06/16/2023 | BDS | Review and Edit | Finalized Schedules with revisions from client comments and documents. | $500.00 | 1.1 | $550.00 |
| 06/19/2023 | WG | Text Message | with debtor rep about the taxes for the business. | $95.00 | 0.1 | $9.50 |

| 06/19/2023 | WG | Correspondence | with debtor rep about the completing the review of the schedules. | $95.00 | 0.1 | $9.50 |
|---|---|---|---|---|---|---|
| 06/23/2023 | JD | Text Message | Text message to Debtor's rep. regarding documents for U.S. Trustee. | $85.00 | 0.1 | $8.50 |
| 06/23/2023 | BDS | Draft | Application to employ Tran Singh | $500.00 | 1.2 | $600.00 |
| 06/26/2023 | BDS | Phone Call | Phone call with Debtor's rep. regarding information and documents requested at the IDI. | $500.00 | 0.2 | $100.00 |
| 06/26/2023 | BDS | IDI Hearing | Attended IDI hearing. | $500.00 | 0.8 | $400.00 |
| 06/26/2023 | BDS | Draft | Pre-status conference report. | $500.00 | 1.1 | $550.00 |
| 06/26/2023 | BDS | Reviewed | Updated sale contract. | $500.00 | 0.2 | $100.00 |
| 06/27/2023 | WG | Text Message | with debtor rep about the Status report. | $95.00 | 0.1 | $9.50 |
| 06/29/2023 | WG | Filed | Pre status conference report | $95.00 | 0.1 | $9.50 |
| 07/11/2023 | BDS | 341 Meeting | 341 Meeting | $500.00 | 0.8 | $400.00 |
| 07/11/2023 | BDS | Phone Call | Phone call with the debtor's rep about the items needed from the 341 meeting. | $500.00 | 0.4 | $200.00 |
| 07/11/2023 | BDS | Hearing Preparation | Prepared for status conference. | $500.00 | 0.6 | $300.00 |
| 07/11/2023 | BDS | Hearing | Attended the Status hearing. | $500.00 | 0.3 | $150.00 |
| 07/12/2023 | BDS | Reviewed | Status Conference hearing Order. | $500.00 | 0.1 | $50.00 |
| 07/13/2023 | TR | Text Message | with debtor rep about the payment to the subv trustee. | $0.00 | 0.1 | $0.00 |
| 07/21/2023 | TR | Correspondence | with debtor rep about the bank statements for the MOR and the MOR. | $500.00 | 0.2 | $100.00 |
| 07/26/2023 | JD | Correspondence | with debtor rep about the MORs and the CPA. | $85.00 | 0.2 | $17.00 |
| 07/26/2023 | JD | Review & Draft | MOR for June. | $85.00 | 0.8 | $68.00 |
| 07/26/2023 | JD | Correspondence | with debtor rep about how to complete the MORs. | $85.00 | 0.2 | $17.00 |
| 07/26/2023 | JD | Text Message | with debtor rep about the update on the DIP account. | $85.00 | 0.1 | $8.50 |
| 07/26/2023 | WG | Correspondence | With realtor about the application to employ. | $95.00 | 0.2 | $19.00 |
| 07/31/2023 | BDS | Meeting | Interoffice meeting about the listing agreement, the MOR, and the leases. | $500.00 | 1.1 | $550.00 |
| 08/04/2023 | JD | Review and Edit | MOR for June 2023. | $85.00 | 0.4 | $34.00 |
| 08/11/2023 | BDS | Reviewed - Proof of Claim | Claim 2 from Civic real estate holding. | $500.00 | 0.9 | $450.00 |
| 08/25/2023 | ST | Draft | Prepared initial draft of debtor's plan | $500.00 | 2.4 | $1,200.00 |
| 08/28/2023 | ST | Draft | Finalized draft of debtor's plan | $500.00 | 3.1 | $1,550.00 |
| 08/29/2023 | BDS | Phone Call | with debtor rep to review the plan. | $500.00 | 0.3 | $150.00 |
| 09/05/2023 | WG | Filed | Chapter 11 plan. | $95.00 | 0.3 | $28.50 |
| 09/05/2023 | BDS | Phone Call | with 1st lien holder about the claim and plan treatment. (they thought the loan was sold) | $500.00 | 0.3 | $150.00 |
| 09/05/2023 | BDS | Draft | Ballots and solicitation package. | $500.00 | 0.7 | $350.00 |
| 09/05/2023 | WG | Text Message | with debtor rep about the final Plan terms. | $95.00 | 0.1 | $9.50 |
| 09/05/2023 | WG | Correspondence | with debtor rep about closing statement. | $95.00 | 0.2 | $19.00 |
| 09/06/2023 | WG | Printing and Exhibit Production | Solicitation package. | $95.00 | 0.8 | $76.00 |

| 09/08/2023 | BDS | Phone Call | to the 1st lien holder about the treatment of the claim. | $500.00 | 0.3 | $150.00 |
|---|---|---|---|---|---|---|
| 09/15/2023 | BDS | Phone Call | to the 1st lien holder about the treatment of the claim. (note was transferred) | $500.00 | 0.6 | $300.00 |
| 09/18/2023 | BDS | Reviewed | the Lien records. | $500.00 | 0.3 | $150.00 |
| 09/21/2023 | BDS | Phone Call | with the 1st lien holder about the treatment of the claim. Got the new company that got the note. | $500.00 | 0.5 | $250.00 |
| 09/22/2023 | BDS | Phone Call | with UST about cash collateral issue and the motion for status conference. | $500.00 | 0.6 | $300.00 |
| 09/26/2023 | BDS | Reviewed | UST motion for status conference. | $500.00 | 0.3 | $150.00 |
| 09/26/2023 | JD | Text Message | with debtor rep about the MORs for July and August. | $85.00 | 0.2 | $17.00 |
| 09/27/2023 | JD | Correspondence | with debtor rep about the leases and income. | $85.00 | 0.3 | $25.50 |
| 09/28/2023 | WG | Correspondence | with debtor rep about the money from the leases. | $95.00 | 0.1 | $9.50 |
| 09/28/2023 | JD | Review & Draft | MOR for July and August. | $85.00 | 0.8 | $68.00 |
| 09/28/2023 | BDS | Phone Call | with debtor rep about the MOR, DIP account and the Leases. | $500.00 | 0.4 | $200.00 |
| 09/28/2023 | WG | Correspondence | with debtor rep about the DIP account. | $95.00 | 0.1 | $9.50 |
| 10/02/2023 | BDS | Reviewed | Witness list from UST. | $500.00 | 0.2 | $100.00 |
| 10/02/2023 | BDS | Phone Call | with UST about requested information. | $500.00 | 0.6 | $300.00 |
| 10/03/2023 | BDS | Phone Call | with the 1st lien holder about the treatment of the claim after the transfer of claim was filed. | $500.00 | 0.6 | $300.00 |
| 10/03/2023 | BDS | Draft | witness and exhibit list for the status conference | $500.00 | 0.7 | $350.00 |
| 10/03/2023 | BDS | Hearing Preparation | UST status conference. | $500.00 | 0.9 | $450.00 |
| 10/03/2023 | WG | Correspondence | with debtor rep about the Lease income and MOR. | $95.00 | 0.3 | $28.50 |
| 10/03/2023 | BDS | Reviewed | Payment history from the leases. | $500.00 | 0.3 | $150.00 |
| 10/03/2023 | BDS | Meeting | interoffice meeting with Wendy about the lease income and payments from the tenants. | $500.00 | 1.6 | $800.00 |
| 10/04/2023 | BDS | Hearing | Hearing on UST motion for status conference. | $500.00 | 0.6 | $300.00 |
| 10/05/2023 | JD | Review & Draft | MOR for July 2023 | $85.00 | 0.6 | $51.00 |
| 10/06/2023 | JD | Review & Draft | MOR for August 2023 | $85.00 | 0.4 | $34.00 |
| 10/09/2023 | BDS | Reviewed | MOR for July and August. | $500.00 | 0.3 | $150.00 |
| 10/10/2023 | JD | Filed | MOR for July and August with attachments. | $85.00 | 0.2 | $17.00 |
| 10/10/2023 | BDS | Draft | Notice of compliance. | $500.00 | 0.6 | $300.00 |
| 10/10/2023 | BDS | Correspondence | with debtor rep about the payments from the DIP account. | $500.00 | 0.2 | $100.00 |
| 10/11/2023 | BDS | Draft | ER motion to continue confirmation. | $500.00 | 0.8 | $400.00 |
| 10/11/2023 | BDS | Correspondence | with creditors and ust about continuing confirmation. | $500.00 | 0.3 | $150.00 |
| 10/13/2023 | BDS | Correspondence | with creditors and trustees about continuing confirmation. | $500.00 | 0.1 | $50.00 |
| 10/16/2023 | BDS | Draft | Motion to sell. | $500.00 | 1.3 | $650.00 |
| 10/18/2023 | BDS | Reviewed | the relase from the 2nd lien holder. | $500.00 | 0.2 | $100.00 |
| 10/25/2023 | JD | Review & Draft | MOR September 2023. | $85.00 | 0.4 | $34.00 |
| 10/25/2023 | BDS | Reviewed | MOR September 2023 | $500.00 | 0.3 | $150.00 |

| 11/03/2023 | BDS | Reviewed | Reviewed Response by NewRez to motion to sell. | $500.00 | 0.3 | $150.00 |
|---|---|---|---|---|---|---|
| 11/03/2023 | BDS | Phone Call | to Jack O'Boyle about the response. | $500.00 | 0.2 | $100.00 |
| 11/08/2023 | BDS | Reviewed | Order setting hearing on Motion to sell. | $500.00 | 0.1 | $50.00 |
| 11/09/2023 | WG | Draft | COS for motion to sell. | $95.00 | 0.3 | $28.50 |
| 11/09/2023 | WG | Printing & Production | NOH for Motion to sell. | $95.00 | 0.9 | $85.50 |
| 11/10/2023 | BDS | Draft | Witness and exhibit list for motion to sell. | $500.00 | 0.8 | $400.00 |
| 11/13/2023 | BDS | Draft | Application to employ the realtor. | $500.00 | 1.6 | $800.00 |
| 11/13/2023 | BDS | Hearing Preparation | Prepare for motion to sell. | $500.00 | 0.9 | $450.00 |
| 11/14/2023 | BDS | Draft | Proposed Order with language from comments. | $500.00 | 0.3 | $150.00 |
| 11/14/2023 | BDS | Hearing | Motion to sell. | $500.00 | 1.2 | $600.00 |
| 11/15/2023 | BDS | Reviewed | Order setting hearing on Application to employ. | $500.00 | 0.2 | $100.00 |
| 11/15/2023 | WG | Printing & Production | for NOH on Application to employ. | $95.00 | 0.6 | $57.00 |
| 11/27/2023 | BDS | Text Message | with debtor rep about closing. | $500.00 | 0.1 | $50.00 |
| 11/28/2023 | BDS | Phone Call | with debtor rep to reviewed the requirements for confirmation. | $500.00 | 0.6 | $300.00 |
| 11/28/2023 | BDS | Text Message | with debtor rep about closing and confirmation. | $500.00 | 0.1 | $50.00 |
| 11/29/2023 | BDS | Reviewed | Ballots. | $500.00 | 0.1 | $50.00 |
| 11/30/2023 | BDS | Draft | Ballots Summary. | $500.00 | 0.6 | $300.00 |
| 12/01/2023 | BDS | Draft | Amend the Ballot summary for the new ballot accepting. | $500.00 | 0.1 | $50.00 |
| 12/01/2023 | BDS | Draft | Witness and exhibit list for the Application to employ. | $500.00 | 0.6 | $300.00 |
| 12/01/2023 | BDS | Draft | Witness and exhibit list for confirmation. | $500.00 | 0.7 | $350.00 |
| 12/01/2023 | BDS | Draft | Revised Proposed Order for Confirmation for confirmation under 1191(a). | $500.00 | 0.8 | $400.00 |
| 12/01/2023 | JD | Review & Draft | MOR for October 2023. | $85.00 | 0.6 | $51.00 |
| 12/01/2023 | WG | Correspondence | with debtor rep about confirmation and the ballot from Rdgz Bros. | $95.00 | 0.2 | $19.00 |
| 12/02/2023 | BDS | Draft | Revised Confirmation Order with additional language from the 2nd lien holder. | $500.00 | 0.2 | $100.00 |
| 12/02/2023 | BDS | Correspondence | with the title company about revising the HUD. | $500.00 | 0.3 | $150.00 |
| 12/04/2023 | BDS | Reviewed | MOR for October 2023. | $500.00 | 0.2 | $100.00 |
| 12/04/2023 | BDS | Hearing Preparation | for confirmation and application to employ. | $500.00 | 1.3 | $650.00 |
| 12/05/2023 | JD | Filed | Filed MOR for October 2023. | $85.00 | 0.1 | $8.50 |
| 12/05/2023 | BDS | Hearing | on Confirmation of the plan. | $500.00 | 0.4 | $200.00 |
| 12/05/2023 | BDS | Reviewed | Post confirmation Order. | $500.00 | 0.1 | $50.00 |
| 12/05/2023 | BDS | Text Message | with debtor rep about confirmation. | $500.00 | 0.1 | $50.00 |
| 12/06/2023 | BDS | Correspondence | with the title company about closing. | $500.00 | 0.2 | $100.00 |
| 12/11/2023 | JD | Correspondence | with debtor rep about MORs and bank statements. | $85.00 | 0.1 | $8.50 |
| 12/14/2023 | JD | Correspondence | with debtor rep about MORs and bank statements. | $85.00 | 0.1 | $8.50 |
| 12/20/2023 | BDS | Correspondence | with Tom Howley the Subchapter V trustee about closing on the sale. | $500.00 | 0.1 | $50.00 |

| 12/21/2023 | BDS | Correspondence | with the title company about closing. | $500.00 | 0.3 | $150.00 |
|---|---|---|---|---|---|---|
| 12/28/2023 | BDS | Correspondence | with the debtor's rep about closing. | $500.00 | 0.1 | $50.00 |
| 01/04/2024 | JD | Correspondence | with debtor rep about MORs and bank statements. | $85.00 | 0.1 | $8.50 |
| 01/04/2024 | BDS | Text Message | with debtor about closing. | $500.00 | 0.1 | $50.00 |
| 01/04/2024 | BDS | Correspondence | with the title company about items needed to clean up the title report. | $500.00 | 0.3 | $150.00 |
| 01/04/2024 | BDS | Reviewed | the title report to identify what title needs to clean up title for closing. | $500.00 | 1.1 | $550.00 |
| 01/05/2024 | BDS | Correspondence | with Tom Howley the Subchapter V trustee about closing on the sale. | $500.00 | 0.1 | $50.00 |
| 01/11/2024 | BDS | Correspondence | with the title company about the closing items needed. | $500.00 | 0.3 | $150.00 |
| 01/11/2024 | BDS | Correspondence | with Secured creditors about payoffs. | $500.00 | 0.3 | $150.00 |
| 01/12/2024 | BDS | Correspondence | with the title company about the closing. | $500.00 | 0.1 | $50.00 |
| 01/14/2024 | BDS | Correspondence | with Jack about the payoff of the lien and the default under the plan. | $500.00 | 0.2 | $100.00 |
| 01/18/2024 | BDS | Correspondence | with the title company about the closing. | $500.00 | 0.2 | $100.00 |
| 01/19/2024 | JD | Review & Draft | MOR November 2023 | $85.00 | 0.6 | $51.00 |
| 01/19/2024 | JD | Correspondence | with debtor rep about MOR and bank statements. | $85.00 | 0.1 | $8.50 |
| 01/22/2024 | BDS | Reviewed | MOR for October 2023. | $500.00 | 0.2 | $100.00 |
| 01/22/2024 | JD | Correspondence | with debtor rep about MOR and bank statements. | $85.00 | 0.1 | $8.50 |
| 02/05/2024 | BDS | Correspondence | with debtor rep about closing. | $500.00 | 0.1 | $50.00 |
| 02/06/2024 | BDS | Correspondence | with the title company about the closing. | $500.00 | 0.1 | $50.00 |
| 02/08/2024 | BDS | Correspondence | with the title company about the closing. | $500.00 | 0.1 | $50.00 |
| 02/08/2024 | BDS | Reviewed | payoff statements for secured creditors. | $500.00 | 0.3 | $150.00 |
| 02/21/2024 | BDS | Reviewed | Notice of Default from Jack O'Boyle. | $500.00 | 0.1 | $50.00 |
| 02/21/2024 | BDS | Correspondence | with debtor rep about closing. | $500.00 | 0.1 | $50.00 |
| 02/21/2024 | BDS | Correspondence | with Tom Howley the Subchapter V trustee about closing on the sale and where the case is. | $500.00 | 0.2 | $100.00 |
| 02/22/2024 | WG | Draft | Draft the notice of effective date. | $95.00 | 0.3 | $28.50 |
| 02/22/2024 | BDS | Review and Edit | Motion to close. | $500.00 | 0.6 | $300.00 |
| 02/22/2024 | BDS | Correspondence | with the title company about the closing. | $500.00 | 0.2 | $100.00 |
| 02/23/2024 | BDS | Correspondence | with debtor rep about closing. | $500.00 | 0.1 | $50.00 |
| 02/26/2024 | BDS | Reviewed | Subchapter V Trustee Motion for Status Conference. | $500.00 | 0.3 | $150.00 |
| 02/27/2024 | WG | Draft | Revised the notice of effective date. | $95.00 | 0.2 | $19.00 |
| 02/27/2024 | BDS | Reviewed | Notice of Effective date. | $500.00 | 0.2 | $100.00 |
| 02/28/2024 | WG | Draft | Drafted a motion and order for continuance. | $95.00 | 1.0 | $95.00 |
| 02/28/2024 | BDS | Correspondence | with debtor rep about closing. | $500.00 | 0.1 | $50.00 |
| 02/29/2024 | BDS | Hearing Preparation | for Status conference. | $500.00 | 0.7 | $350.00 |
| 03/01/2024 | ST | Hearing | Appeared at status conference hearing | $500.00 | 0.3 | $150.00 |
| 03/01/2024 | BDS | Correspondence | with debtor rep about closing. | $500.00 | 0.1 | $50.00 |
| 03/15/2024 | BDS | Hearing Preparation | for continued status conference. | $500.00 | 0.5 | $250.00 |
| 03/18/2024 | BDS | Hearing | attended continued status conference. | $500.00 | 0.4 | $200.00 |

| 03/18/2024 | BDS | Text Message | with debtor rep about closing. | $500.00 | 0.1 | $50.00 |
|---|---|---|---|---|---|---|
| 03/18/2024 | BDS | Correspondence | with debtor rep about closing and the title insurance. | $500.00 | 0.2 | $100.00 |
| 03/18/2024 | BDS | Correspondence | with the title company about the closing. | $500.00 | 0.1 | $50.00 |
| 03/19/2024 | BDS | Correspondence | with the title company about the closing. | $500.00 | 0.1 | $50.00 |
| 03/20/2024 | BDS | Correspondence | with the title company about the closing. | $500.00 | 0.2 | $100.00 |
| 03/29/2024 | BDS | Hearing Preparation | for continued status conference. | $500.00 | 0.3 | $150.00 |
| 03/29/2024 | BDS | Correspondence | with debtor rep about the Court Ordered payment for the Trustee. | $500.00 | 0.1 | $50.00 |
| 03/29/2024 | BDS | Correspondence | with the title company about closing. | $500.00 | 0.2 | $100.00 |
| 04/01/2024 | BDS | Correspondence | with debtor rep about closing. | $500.00 | 0.1 | $50.00 |
| 04/03/2024 | BDS | Hearing | Continued status conference about the sale. | $500.00 | 0.2 | $100.00 |
| 04/03/2024 | BDS | Correspondence | with debtor rep about closing, the dip account, the MOR and the quickbook payments. | $500.00 | 0.2 | $100.00 |
| 04/03/2024 | BDS | Phone Call | with debtor rep about closing and lease income. | $500.00 | 0.6 | $300.00 |
| 04/03/2024 | BDS | Correspondence | with the title company about the closing statement and the Court Order for the sale. | $500.00 | 0.8 | $400.00 |
| 04/03/2024 | BDS | Correspondence | with the Debtor rep about the closing statement. | $500.00 | 0.2 | $100.00 |
| 04/03/2024 | BDS | Meeting | Interoffice meeting with Wendy about closing statement and documents needed from the title company and the Debtor Rep to close out the case. | $500.00 | 1.2 | $600.00 |
| 04/08/2024 | JD | Review & Draft | MOR for December 2023. | $85.00 | 0.5 | $42.50 |
| 04/08/2024 | JD | Review & Draft | MOR for January 2024 | $85.00 | 0.4 | $34.00 |
| 04/09/2024 | BDS | Reviewed | MOR for December and January. | $500.00 | 0.3 | $150.00 |
| 04/10/2024 | BDS | Draft | Notice of withdrawal of effective date | $500.00 | 0.2 | $100.00 |
| 04/10/2024 | WG | Filed | MOR for December 2023 and January 2024 | $95.00 | 0.2 | $19.00 |
| 04/18/2024 | BDS | Correspondence | with the title company about the closing statement. | $500.00 | 0.2 | $100.00 |
| 04/26/2024 | BDS | Reviewed | document portal from title company with closing documents. | $500.00 | 0.6 | $300.00 |
| 04/26/2024 | BDS | Correspondence | with the title company about the closing statement issues. | $500.00 | 0.3 | $150.00 |
| 04/29/2024 | BDS | Correspondence | with the title company about the closing statement. | $500.00 | 0.3 | $150.00 |
| 04/30/2024 | BDS | Correspondence | with debtor rep about closing and the closing statement. | $500.00 | 0.2 | $100.00 |
| 04/30/2024 | BDS | Correspondence | with the title company about the closing statement. | $500.00 | 0.3 | $150.00 |
| 04/30/2024 | BDS | Correspondence | with lien holders to confirm payoff was paid. | $500.00 | 0.2 | $100.00 |
| 04/30/2024 | BDS | Correspondence | with the title company about the closing statement and confirmation of payoff. | $500.00 | 0.3 | $150.00 |
| 05/01/2024 | BDS | Correspondence | with creditors to confirmed complete paid was received. | $500.00 | 0.3 | $150.00 |
| 05/02/2024 | BDS | Hearing Preparation | for continued status conference. | $500.00 | 0.4 | $200.00 |
| 05/02/2024 | BDS | Text Message | with debtor rep about closing statement. | $500.00 | 0.1 | $50.00 |
| 05/02/2024 | BDS | Correspondence | with the title company about the closing statement. | $500.00 | 0.2 | $100.00 |
| 05/03/2024 | BDS | Hearing | Attended continued status conference. | $500.00 | 0.4 | $200.00 |

| 05/07/2024 | BDS | Reviewed | SubV Trustee fee application. | $500.00 | 0.2 | $100.00 |
| 05/07/2024 | BDS | Correspondence | with the title company about the closing statement. | $500.00 | 0.3 | $150.00 |
| 05/10/2024 | BDS | Correspondence | with debtor rep about closing statement. | $500.00 | 0.1 | $50.00 |
| 05/10/2024 | BDS | Correspondence | with the title company about the closing statement. | $500.00 | 0.2 | $100.00 |
| 05/11/2024 | BDS | Correspondence | with the title company about the closing statement. | $500.00 | 0.2 | $100.00 |
| 05/13/2024 | BDS | Correspondence | with debtor rep about closing statement and closing out the case. | $500.00 | 0.2 | $100.00 |
| 05/16/2024 | BDS | Correspondence | with Debtor's rep about the HUD being corrected. | $500.00 | 0.1 | $50.00 |
| 05/16/2024 | TG | Correspondence | Email correspondence with Debtor regarding closing documents | $85.00 | 0.1 | $8.50 |
| 05/17/2024 | BDS | Correspondence | with Debtor representative about issues with the HUD. | $500.00 | 0.1 | $50.00 |
| 05/22/2024 | BDS | Correspondence | with Debtor representative about issues with the HUD. | $500.00 | 0.1 | $50.00 |
| 05/30/2024 | TG | Correspondence | with Debtor representative about Payment to the sub v trustee. | $85.00 | 0.1 | $8.50 |
| 06/05/2024 | BDS | Correspondence | with Debtor representative about outstanding issue to close the case. | $500.00 | 0.2 | $100.00 |
| 06/26/2024 | TG | Correspondence | Email correspondence with Debtor regarding payment to Subchapter V Trustee | $85.00 | 0.1 | $8.50 |
| 07/03/2024 | TG | Correspondence | Correspondence via email with Debtor regarding HUD statement | $85.00 | 0.2 | $17.00 |
| 07/03/2024 | TG | Draft | Drafted Motion to Close | $85.00 | 0.5 | $42.50 |
| 07/03/2024 | TG | Draft | Drafted Fee Application | $85.00 | 0.6 | $51.00 |
| 07/03/2024 | TG | Phone Call | Phone Call to Subchapter V Trustee regarding payment from Debtor | $85.00 | 0.1 | $8.50 |
| 07/05/2024 | BDS | Reviewed | Motion to close | $500.00 | 0.2 | $100.00 |
| 07/05/2024 | BDS | Review and Edit | Fee application. | $500.00 | 0.3 | $150.00 |
| 07/05/2024 | TG | Draft and file | Drafted Notice of Effective Date & filed with court | $85.00 | 0.7 | $59.50 |
| 07/05/2024 | TG | Draft and file | Drafted Notice of Substantial Consummation and filed with Court | $85.00 | 0.6 | $51.00 |
| 07/11/2024 | TG | Draft | MOR for February | $85.00 | 0.3 | $25.50 |
| 07/11/2024 | TG | Draft | MOR for March | $85.00 | 0.4 | $34.00 |
| 07/11/2024 | TG | Draft | MOR for April | $85.00 | 0.2 | $17.00 |
| 07/11/2024 | TG | Draft | MOR for May | $85.00 | 0.4 | $34.00 |
| 07/11/2024 | TG | Draft | MOR for June | $85.00 | 0.3 | $25.50 |
| **Non-billable Time Entries:** | | | | | | |
| 06/23/2023 | TR | Text Message | with debtor rep about the IDI Report. | $0.00 | 0.1 | $0.00 |
| 11/20/2023 | WG | Printing & Production | for NOH for Application to employ. | $95.00 | 0.5 | $47.50 |
| 02/27/2024 | WG | Filed | Filed the notice of effective date. | $95.00 | 0.1 | $9.50 |
| 04/10/2024 | WG | Draft | Notice of Withdrawal. | $95.00 | 0.3 | $28.50 |
| | | | | Totals: | **81.2** | **$32,249.00** |

## Expenses

| Date | EE | Activity | Description | Cost | Quantity | Line Total |
|------|-----|----------|-------------|------|----------|------------|
| 06/27/2023 | TR | Postage/Production | Postage for Application to Employ | $0.63 | 17.0 | $10.71 |

| 09/06/2023 | TR | Postage | NOH for Confirmation hearing. | $0.63 | 17.0 | $10.71 |
|---|---|---|---|---|---|---|
| 10/13/2023 | TR | Postage | for motion for continue hearing. | $0.63 | 17.0 | $10.71 |
| 10/18/2023 | TR | Postage | for Motion to sell. | $0.63 | 17.0 | $10.71 |
| 11/09/2023 | TR | Postage | for NOH for Motion to sell. | $0.63 | 17.0 | $10.71 |
| 11/14/2023 | TR | Postage | for application to employ. | $0.63 | 17.0 | $10.71 |
| 11/15/2023 | TR | Postage | NOH for the application to employ | $0.63 | 17.0 | $10.71 |
| 05/14/2024 | BDS | Postage | for Fee application. | $0.63 | 17.0 | $10.71 |

Expense Total: **$85.68**

| | |
|---|---|
| Time Entry Sub-Total: | $32,249.00 |
| Expense Sub-Total: | $85.68 |
| **Sub-Total:** | **$32,334.68** |
| | |
| **Total:** | $32,334.68 |
| **Amount Paid:** | $0.00 |
| **Balance Due:** | **$32,334.68** |